IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV266

| | |
|---|---|
| DANA LANHAM,<br>    Plaintiff,<br><br>v.<br><br>BESTSWEET, INC.,<br>    Defendant. | **ORDER GRANTING**<br>**PRO HAC VICE ADMISSION** |

**THIS MATTER** is before the Court upon the motion of defendant BestSweet, Inc. to allow **Kristofer K. Strasser** to appear *Pro Hac Vice*, filed July 18, 2006 [doc. #5].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Strasser has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: July 19, 2006

Graham C. Mullen
United States District Judge