IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV266**

| | | |
|---|---|---|
| DANA LANHAM, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| BESTSWEET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, a status conference will be held in Chambers. The parties are directed to appear for this conference on **Thursday, October 19, 2006 at 2:30 p.m.**

It is so ordered.

Signed: September 28, 2006

Graham C. Mullen
United States District Judge