IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| DANA LANHAM., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | Civil Action No. 3:06-CV-266 |
| v. | ) |  |
|  | ) |  |
| BESTSWEET, INC | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |

THIS MATTER is before the Court upon Plaintiffs' Stipulation of Dismissal with Prejudice. [Docket # 12].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: August 30, 2007

Graham C. Mullen
United States District Judge